IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| WADUD TAHIR WALI, Register No. 505588, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 02-4266-CV-C-NKL |
| | ) | |
| ARTHUR WOODS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On April 7, 2006, plaintiff, pro se, filed a motion for reconsideration; defendants filed a response on April 18; and plaintiff a reply on May 9, 2006. Plaintiff seeks relief from the judgment in this case, pursuant to Fed. R. Civ. P. 60(b). Rule 60(b) "provides for extraordinary relief which may be granted only upon an adequate showing of exceptional circumstances." Reyher v. Champion, 975 F.2d 483, 488 (8th Cir. 1992) (quoting United States v. Young, 806 F.2d 805, 806 (8th Cir. 1986)). No exceptional circumstances justifying relief have been shown.

To the extent plaintiff complains of his representation by court-appointed counsel, the court finds that counsel complied with the directives of the court in his representation of plaintiff. The issues in plaintiff's case were well presented and thoroughly discussed and analyzed. The court further notes that counsel was appointed to represent plaintiff only as to the issue of E-06 status. Plaintiff suffered no prejudice with regard to his representation by counsel.

As to plaintiff's allegations regarding untimely notice of dismissal of his claims, and loss of opportunity to file an appeal, Rule 4 of the Federal Rules of Appellate Procedure provides for the procedures in the filing of an appeal, and corresponding motions for extensions of time.

IT IS, THEREFORE, ORDERED that plaintiff's motion for relief from the judgment is denied [151].

/s/
NANETTE K. LAUGHREY
United States District Judge

Dated: July 28, 2006
Jefferson City, Missouri